# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **STACY RYAN,**<br><br>　　　　　　**Plaintiff,**<br><br>　vs.<br><br>**CONSTANCE "CONNIE" RYAN, AND STRECK, INC.,**<br><br>　　　　　　**Defendants.** | **8:15CV312**<br><br>**JUDGMENT** |

For the reasons set out in the Court's Memorandum and Order of this date,

IT IS ORDERED:

1. Defendant Constance Ryan's Motion to Dismiss and/or Strike (Filing No.6) is granted in part and denied in part as follows:

    a. the Motion to Dismiss is granted;

    b. the Motion to Strike is denied as moot;

2. Defendant Streck, Inc.'s Motion to Dismiss and Request to Take Judicial Notice (Filing No. 10) is granted;

3. Plaintiff Stacy Ryan's Complaint (Filing No. 1) is dismissed with prejudice; and

4. The parties will bear their own costs and attorney fees.

Dated this 18th day of February, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge