IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STACY RYAN, | CASE NO: Case No. 8:15-CV-00312 |
| Plaintiff, | **NOTICE OF APPEAL TO THE EIGHTH CIRCUIT** |
| v. | |
| CONSTANCE "CONNIE" RYAN and STRECK, INC., | |
| Defendants. | |

Plaintiff, Stacy Ryan, hereby gives notice of her appeal to the United States Court of Appeals for the Eighth Circuit from:

1. This Court's February 18, 2016 Memorandum and Order dismissing Plaintiff's Complaint. (Filing No. 18)

2. This Court's February 18, 2016 Judgment dismissing Plaintiff's Complaint. (Filing No. 19).

3. This Court's June 14, 2016 Memorandum and Order denying Plaintiff's Motion to Alter or Amend the Judgment or in the Alternative Amend the Complaint. (Filing No. 27).

Dated July 13, 2016.

STACY RYAN, Plaintiff,

/s/ *Paul D. Heimann*
_____

Paul Heimann, #21727
ERICKSON | SEDERSTROM, P.C.
10330 Regency Parkway Drive
Omaha, NE 68114
(402) 397-2200
(402) 390-7137 Fax
pheimann@eslaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Appeal was filed with the Court's CM/ECF system on July 13, 2016, which system will automatically send a copy of the Brief to the following CM/ECF participants: Larry E. Welch, Jr., Larry E. Welch, Sr., Damien J. Wright, Thomas H. Dahlk, and Victoria Buter.

/s/ *Paul D. Heimann*