IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| STACY RYAN, | |
|---|---|
| Plaintiff, | 8:15CV312 |
| vs. | |
| CONSTANCE CONNIE RYAN, and STRECK, INC., | ORDER |
| Defendants. | |

As to the issue of whether newly discovered evidence submitted with Plaintiff's Motion to Alter or Amend (Filing No. 20) warrants granting the motion with regard to the breach of contract claim:

IT IS ORDERED that the parties' joint motion, (Filing No. 46), is granted, and

1) Plaintiff's supplemental brief shall be filed by June 29, 2018;

2) Defendants' supplemental brief in response shall be filed by July 13, 2018; and

3) Plaintiff's supplemental brief in reply shall be filed by July 20, 2018.

Dated this 12th day of June, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge