IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STACY RYAN,<br><br>    Plaintiff,<br><br>vs.<br><br>CONSTANCE CONNIE RYAN, and STRECK, INC.,<br><br>    Defendants. | **8:15CV312**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Larry E. Welch, Jr. as counsel of record on behalf of Defendant Constance Connie Ryan, (Filing No. 52), is granted.

July 17, 2018.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge